IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: January 24, 2011

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th St, Second Floor
Phoenix, AZ 85018
(602) 840-1400
fern@poliball.com
Attorneys for Chrysler Financial Services Americas LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | No. 10-18175-RJH |
|---|---|
| Rodney Godfrey Powers, Jr. and Mercedes Lee Powers, | Chapter 13 |
| Debtor. | **ORDER ON STIPULATION RESOLVING OBJECTION TO CHAPTER 13 PLAN** |

      Debtor, ("debtor" refers to Rodney Godfrey Powers, Jr. and Mercedes Lee Powers) and Chrysler Financial Services Americas LLC, having filed a stipulation resolving creditor's objection to Chapter 13 Plan, all interested parties having been properly noticed, no objections having been filed to the stipulation, and good cause appearing,

1        IT IS HEREBY ORDERED approving the stipulation. The parties to the stipulation are ordered and authorized to comply with all of the provisions contained therein.

**SIGNED AND DATED ABOVE**

_____
U.S. Bankruptcy Court Judge Randolph J. Haines